**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Geraldine M. Maier f/k/a Geraldine M. Kratzer f/k/a Geraldine M. Kraemer | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 23-13074 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of OneMain Financial Group, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

                                        /s/ **Mark A. Cronin**
                                        Mark Cronin
                                        17 Oct 2023, 09:27:19, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322