**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| | : Bk. No.: 23-13074-amc |
| Geraldine Maier | : Judge: Hon. Ashely M. Chan |
| | : |
| Debtor. | : |
| _____ | : |

CERTIFICATE OF SERVICE

    The undersigned counsel for the above captioned Debtor, hereby certifies that a copy of the Amended Chapter 13 Plan filed on January 9, 2024, and was delivered by first class mail and/or electronic filing to the following creditors on January 9, 2024.

| | |
|---|---|
| **Scott F. Waterman**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>ustpregion03.PH.ECF@usdoj.gov |
| **Geraldine Maier, Debtor**<br>6 Hill Road<br>Green Lane, PA 18054 | **Mark A. Cronin, Esq.**<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>bkgroup@kmllawgroup.com |
| **Atlas Acquisition LLC**<br>492C Cedar Lane, Suite 442<br>Teaneck, NJ 07666 | **CACH, LLC**<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 |
| **Capital One**<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | **Capital One N.A.**<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

| | |
|---|---|
| **Capital One NA**<br>By American InfoSource<br>Po Box 71083<br>Charlotte, NC 28272-1083 | **Fingerhut Fetti / Webbank**<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| **LVNV Funding LLC**<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | **OneMain Financial Group, LLC**<br>3217 S. Decker Lake Drive<br>Salt Lake City, UY 84119-3284 |
| **OneMain Financial Group, LLC**<br>c/o Select Portfolio Servicing, Inc.<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | **PYOD, LLC**<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602-9008 |
| **Richard Nalbandian, Esq.**<br>Eckeert Seamans Cherin & Mellott, LLC<br>Two Liberty Place<br>50 South 16th Street, 22n<br>Philadelphia, PA 19102 | **Santander Consumer USA, Inc.**<br>Po Box 560284<br>Dallas, TX 75356-0284 |
| **Santander Consumer USA Inc.**<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | **Santander Consumer USA**<br>Po Box 660633<br>Dallas, TX 75266-0633 |
| **Select Portfolio Servicing**<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | **Select Portfolio Servicing, Inc.**<br>Po Box 65450<br>Salt Lake City, UT 84165-0450 |

| | |
|---|---|
| **Synchrony Bank / PayPal**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | |

<u>/s/ Christopher G. Cassie, Esq.</u>
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
*Attorney for the Debtor*