UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Geraldine M. Maier<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13074-AMC |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 21st day of February, 2024, by first class mail upon those listed below:

Geraldine M. Maier
6 Hill Road
Green Lane, PA  18054

**Electronically via CM/ECF System Only:**

CHRISTOPHER G CASSIE ESQUIRE
KEAVENEY LEGAL GROUP, LLC
1000 MAPLEWOOD DRIVE, STE 202
MAPLE SHADE, NJ  08052

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee