L.B.F. 3007-1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Geraldine M. Maier          :          Chapter 13
                                   :
                                   :
Debtor                             :          Bky. No. 23-13074-amc

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

    Gerladine M. Maier    has filed an objection to the proof of claim you filed in this bankruptcy case.

1.  **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**. (**If you do not have an attorney, you may wish to consult an attorney).**

2.  **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on May 22, 2024, at .11:00 a.m., in Courtroom 4, United States Bankruptcy Court 900 Market Street, Suite 204, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3.  **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.


Date: 4/17/2024                 /s/Christopher G. Cassie
                                Christopher G. Cassie, Esq.
                                Keaveny Legal Group, LLC
                                1000 Maplewood Drive, Suite 202
                                Maple Shade, NJ 08052
                                Phone: 856.481.0939
                                Fax: 856.282.1090
                                ccassie@keaveneylegalgroup.com
                                Attorney for Debtor