**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Geraldine M. Maier | : | Bk. No.: 23-13074-amc |
| | : | |
| Debtor. | : | Judge: Ashely M. Chan |
| _____ | : | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for the above captioned Debtor, hereby certifies that a copy of the Objection to Proof of Claim No 5 filed by PYOD, LLC filed on April 17, 2024, and was delivered by first class mail and/or electronic filing to the following creditors on April 17, 2024.

| | |
|---|---|
| **Scott F. Waterman**<br>Chapter 13 Trustee<br>2901 St Lawrence Ave<br>Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |
| **Geraldine M. Maier, Debtor**<br>6 Hill Road<br>Green Lane, PA 18054 | **PYOD, LLC**<br>**Resurgent Capital Services**<br>Attn: Bryan Faliero, CEO<br>Po Box 19008<br>Greenville, SC 29602 |

<u>/s/ Christopher G. Cassie, Esq.</u>
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
*Attorney for the Debtor*