UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 5, 2022

To:
**Shaina Bethala, Esq.**

                              In re: **Hazel Williamson**
                              Bankruptcy No. **21-13079**
                              Adversary No.
                              Chapter 13

Re **Amended Schedules**

The above document(s) were filed in this office on July 1, 2022**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )        Voluntary Petition
        ( )        Adversary Proceeding
        (x)        $32.00 Filing Fee for Amendments
        ( )        $26.00 Claims Transfer Fee
        ( )        Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                              Timothy B. McGrath
                                              Clerk


                                              By:**Paul  A.  Puskar**
                                                 Deputy Clerk