UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Geraldine M. Maier | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Bankruptcy No: 23-13074-amc |
| | ) | |
| | ) | |

ORDER

Upon consideration of the Debtor's Objection to Proof of Claim No. 4, filed by PYOD, LLC

IT IS HEREBY ORDERED that the Debtor's Objection to Proof of Claim No. 4 is sustained.

Dated: May 23, 2024

_____
Honorable Ashely M. Chan