UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Geraldine M. Maier | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Bankruptcy No: 23-13074-amc |
| | ) | |
| | ) | |

ORDER

Upon consideration of the Debtor's Objection to Proof of Claim No. 2, filed by LVNV Funding LLC

IT IS HEREBY ORDERED that the Debtor's Objection to Proof of Claim No. 2 is sustained.

Dated: May 23, 2024

_____
Honorable Ashely M. Chan