United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13074-amc |
| Geraldine M. Maier | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Geraldine M. Maier, 6 Hill Road, Green Lane, PA 18054-2462 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14832234 | + Email/PDF: resurgentbknotifications@resurgent.com | May 25 2024 04:09:57 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 26, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER G. CASSIE | on behalf of Debtor Geraldine M. Maier ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor OneMain Financial Group  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

United States Trustee

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 2

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Geraldine M. Maier | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Bankruptcy No: 23-13074-amc |
| | ) | |
| | ) | |

<u>ORDER</u>

Upon consideration of the Debtor's Objection to Proof of Claim No. 4, filed by PYOD, LLC

IT IS HEREBY ORDERED that the Debtor's Objection to Proof of Claim No. 4 is sustained.

Dated: May 23, 2024

_____
Honorable Ashely M. Chan