United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13074-amc
Geraldine M. Maier  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 22, 2024 | Form ID: 155 | Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geraldine M. Maier, 6 Hill Road, Green Lane, PA 18054-2462 |
| 14823351 | + | OneMain Financial Group, LLC., c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14822443 | | Richard Nalbandian, Esq., Eckeert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th St, 22n, Philadelphia, PA 19102 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14839680 | | Email/Text: bnc@atlasacq.com | Aug 23 2024 00:36:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14839154 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:26 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 00:48:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14831630 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14832040 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 00:48:23 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14822440 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 23 2024 00:37:00 | Fingerhut Fetti / Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14822441 | ^ | MEBN | Aug 23 2024 00:35:09 | KML Law Group, P.C., 701 Market Street, Suite 5000 - BNY Mellon Independence Cen, Philadelphia, PA 19106-1538 |
| 14829765 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:29 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14840687 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2024 00:37:00 | OneMain Financial Group, LLC, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14822442 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2024 00:37:00 | OneMain Financial Group, LLC, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14823207 | ^ | MEBN | Aug 23 2024 00:35:09 | OneMain Financial Group, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14832234 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:29 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14827776 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2024 00:37:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, Dallas, TX 75356-0284 |
| 14827433 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| | | | |
|---|---|---|---|
| | | Aug 23 2024 00:37:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14822444 | Email/Text: enotifications@santanderconsumerusa.com Aug 23 2024 00:37:00 | | Santander Consumer USA, Po Box 660633, Dallas, TX 75266-0633 |
| 14822445 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 23 2024 00:37:00 | | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14822446 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 23 2024 00:37:00 | | Select Portfolio Servicing, Inc, Po Box 65450, Salt Lake City, UT 84165-0450 |
| 14822447 | + Email/PDF: ais.sync.ebn@aisinfo.com Aug 23 2024 00:48:28 | | Synchrony Bank / PayPal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER G. CASSIE | on behalf of Debtor Geraldine M. Maier ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor OneMain Financial Group LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Geraldine M. Maier )  Case No. 23−13074−amc
   fka Geraldine M. Kratzer )
   fka Geraldine M. Kraemer )
    ) Chapter: 13
   Debtor(s). )
    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 21, 2024                      For The Court

                                                       Ashely M. Chan
                                                       Chief Judge, United States Bankruptcy Court