| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-13074-AMC**

Geraldine M. Maier Petition Filed Date: 10/12/2023
6 Hill Road 341 Hearing Date: 12/01/2023
Green Lane  PA    18054 Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/16/2023 | $460.00 | 28167017231 | 12/11/2023 | $460.00 | | 01/11/2024 | $460.00 | |
| 02/13/2024 | $460.00 | | 03/11/2024 | $460.00 | | 04/12/2024 | $460.00 | |
| 05/13/2024 | $570.00 | | 06/11/2024 | $570.00 | | 07/12/2024 | $570.00 | |

**Total Receipts for the Period: $4,470.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,046.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHRISTOPHER G CASSIE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC »» 001 | Secured Creditors | $99.60 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $325.30 | $0.00 | $0.00 |
| 4 | PYOD LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PYOD LLC »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $783.01 | $0.00 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 008 | Mortgage Arrears | $26,208.81 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13074-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $5,046.00 | Current Monthly Payment: | $504.60 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $504.60 | Total Plan Base: | $33,496.00 |
| Funds on Hand: | $4,541.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.