Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13074-AMC**

Geraldine M. Maier  
6 Hill Road  
Green Lane  PA    18054

Petition Filed Date: 10/12/2023  
341 Hearing Date: 12/01/2023  
Confirmation Date: 08/21/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $576.00 | | 09/11/2024 | $569.00 | | 10/11/2024 | $569.00 | |
| 11/12/2024 | $569.00 | | 12/11/2024 | $569.00 | | 01/13/2025 | $569.00 | |
| 02/11/2025 | $569.00 | | 03/11/2025 | $569.00 | | 04/11/2025 | $569.00 | |
| 05/12/2025 | $569.00 | | 06/11/2025 | $569.00 | | 07/14/2025 | $569.00 | |

**Total Receipts for the Period: $6,835.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,874.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHRISTOPHER G CASSIE ESQUIRE | Attorney Fees | $2,700.00 | $2,700.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC  »» 001 | Secured Creditors | $99.60 | $16.75 | $82.85 |
| 2 | LVNV FUNDING LLC  »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA  »» 003 | Unsecured Creditors | $325.30 | $0.00 | $325.30 |
| 4 | PYOD LLC  »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PYOD LLC  »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC  »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $783.01 | $0.00 | $783.01 |
| 8 | SELECT PORTFOLIO SERVICING INC  »» 008 | Mortgage Arrears | $26,208.81 | $8,117.87 | $18,090.94 |
| 9 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-13074-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,874.00 | Current Monthly Payment: | $569.00 |
| Paid to Claims: | $10,834.62 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,025.26 | Total Plan Base: | $33,496.00 |
| Funds on Hand: | $14.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.