UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         : Chapter 13
                                                               :
                                                               : Bky. No.:
                                                               : Judge:
                                                               :
                                                               :
            Debtor(s).                                         :
                                                               :

## NOTICE OF SUBSTITUTION OF ATTORNEY

The undersigned notifies the Court that Mitchell Lee Chambers will be substituted as attorney of record for Warren D. Levy, in the attached list of cases.

November 21, 2025

_____
Signature of Former Attorney

Dated: November 21, 2025

_____
Signature of Substituted Attorney

-1-

|  | Keaveney Legal Group cases PA-E |
|---|---|
| 23-10501-pmm | Randall and Rhonda Gilly |
| 23-10610-djb | Mara Ayne Stoerger |
| 23-11554-djb | Dwayne A. Brooks |
| 23-13074-amc | Geraldine M. Maier |
| 24-10382-pmm | Jocelyn R. Savage |
| 24-11079-pmm | Janet Ann Reichard |
| 24-11199-amc | Marion Lucille Mitchell |
| 24-13711-amc | Shawn Paul Howell |
| 24-13853-pmm | Margaret Bailey-Kowalczyk |
| 24-14237-pmm | Laorelie Tud Au |
| 24-14250-pmm | Jennifer Renee Phelps |
| 24-14537-amc | Saji Choorakuzhiyil Sukmaran |
| 25-10317-pmm | Margaret Bailey-Kowalczyk |
| 25-11070-amc | William Joseph Orsi, Jr. |
| 25-11626-amc | John and Amy Fagan |
| 25-11753-djb | Raymond J. Spingler |
| 25-11896-pmm | Chris & Barbara Galazeski |
| 25-11916-djb | Drew William Smith |
| 25-11942-pmm | Darryl A. Coahman |
| 25-13087-amc | Dennis & Joyce Ferguson |
| 25-13274-djb | Eloise Jordan |
| 25-13579-djb | Melissa Jo Ann Gagliano |
| 25-13622-amc | Kristine Marie Pommerer |
| 25-13793-amc | Jovan Sinclaire Jones |
| 25-13806-djb | Drew William Smith |
| 25-14031-amc | Gwendolyn R. Murray |