**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Geraldine M. Maier,<br>f/k/a Geraldine M. Kratzer,<br>f/k/a Geraldine M. Kraemer,<br>　　　Debtor.<br><br><br>Select Portfolio Servicing, Inc. as servicing agent<br>for OneMain Financial Group, LLC,<br>　　　Movant,<br>　　　　　v.<br>Geraldine M. Maier,<br>　　　Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>　　　Trustee/Additional Respondent. | Bankruptcy No. 23-13074-amc<br><br>Chapter 13 |

**<u>ORDER</u>**

　　　AND NOW,  upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of Select Portfolio Servicing, Inc. as servicing agent for OneMain

Financial Group, LLC, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

**Date: June 23, 2026**

_____

Ashely M. Chan
Chief U.S. Bankruptcy Judge