United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 23-13074-amc

Geraldine M. Maier                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geraldine M. Maier, 6 Hill Road, Green Lane, PA 18054-2462 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 24 2026 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: bnc@atlasacq.com | Jun 24 2026 00:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + Email/Text: RASEBN@raslg.com | Jun 24 2026 00:35:00 | OneMain Financial Group, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:

District/off: 0313-2                                  User: admin                                           Page 2 of 2
Date Rcvd: Jun 23, 2026                         Form ID: pdf900                                  Total Noticed: 5

| Name | Email Address |
| --- | --- |
| JORDAN MATTHEW KATZ | on behalf of Creditor OneMain Financial Group  LLC jkatz@raslg.com |
| MATTHEW K. FISSEL | on behalf of Creditor OneMain Financial Group  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor OneMain Financial Group  LLC mimcgowan@raslg.com |
| MITCHELL CHAMBERS, JR. | on behalf of Debtor Geraldine M. Maier mchambers@keaveneylegalgroup.com  atruss@keaveneylegalgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor OneMain Financial Group  LLC sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Geraldine M. Maier,<br>f/k/a Geraldine M. Kratzer,<br>f/k/a Geraldine M. Kraemer,<br>　　　Debtor.<br><br><br>Select Portfolio Servicing, Inc. as servicing agent<br>for OneMain Financial Group, LLC,<br>　　　Movant,<br>　　　　v.<br>Geraldine M. Maier,<br>　　　Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>　　　Trustee/Additional Respondent. | Bankruptcy No. 23-13074-amc<br><br>Chapter 13 |

**ORDER**

　　　AND NOW,  upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of Select Portfolio Servicing, Inc. as servicing agent for OneMain

Financial Group, LLC, it is hereby ORDERED that the Stipulation is approved.

　　　　　　　　　　　　　　　　BY THE COURT:

**Date: June 23, 2026**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge