**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  GERALDINE M. MAIER  :  Chapter 13

                               :

             Debtor(s)  :  Bankruptcy No.  23-13074

**ORDER**

AND NOW upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan (the "Motion");

It is hereby ordered that:

1)  The Motion is granted;

2)  Debtor's Modified Chapter 13 Plan complies with the requirements of 11 USC 1322 and 1325(a) and with the other applicable provisions of title 11 USC; and,

3)  The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 USC 1329(a)(2).

BY THE COURT

Dated:_____July 23_____ , 2026  _____

**Ashely M. Chan**

**United States Bankruptcy Judge**