United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-13074-amc

Geraldine M. Maier                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID            Recipient Name and Address**
db               +  Geraldine M. Maier, 6 Hill Road, Green Lane, PA 18054-2462

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name                    Email Address**

JORDAN MATTHEW KATZ
      on behalf of Creditor OneMain Financial Group  LLC jkatz@raslg.com

MATTHEW K. FISSEL
      on behalf of Creditor OneMain Financial Group  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
      on behalf of Creditor OneMain Financial Group  LLC mimcgowan@raslg.com

MITCHELL CHAMBERS, JR.
      on behalf of Debtor Geraldine M. Maier mchambers@keaveneylegalgroup.com
      atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

SHERRI DICKS
      on behalf of Creditor OneMain Financial Group  LLC shrdlaw@outlook.com, shrdlaw@outlook.com

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 23, 2026                                Form ID: pdf900                               Total Noticed: 1

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:    GERALDINE M. MAIER    :    Chapter 13

    :

    Debtor(s)    :    Bankruptcy No.  23-13074

**ORDER**

AND NOW upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan (the "Motion");

It is hereby ordered that:

1) The Motion is granted;

2) Debtor's Modified Chapter 13 Plan complies with the requirements of 11 USC 1322 and 1325(a) and with the other applicable provisions of title 11 USC; and,

3) The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 USC 1329(a)(2).

BY THE COURT

Dated: July 23        , 2026

_____

**Ashely M. Chan**

**United States Bankruptcy Judge**