Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Geraldine M. Maier
6 Hill Road
Green Lane, PA 18054

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13074-AMC**

Petition Filed Date: 10/12/2023
341 Hearing Date: 12/01/2023
Confirmation Date: 08/21/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $569.00 | | 09/11/2025 | $569.00 | | 10/16/2025 | $569.00 | |
| 11/12/2025 | $569.00 | | 12/11/2025 | $569.00 | | 01/12/2026 | $569.00 | |
| 02/11/2026 | $569.00 | | 03/11/2026 | $569.00 | | 04/13/2026 | $569.00 | |
| 05/11/2026 | $569.00 | | 06/11/2026 | $569.00 | | 07/13/2026 | $569.00 | |

**Total Receipts for the Period: $6,828.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,860.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHRISTOPHER G CASSIE ESQUIRE | Attorney Fees | $2,700.00 | $2,700.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $99.60 | $48.83 | $50.77 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $325.30 | $0.00 | $325.30 |
| 4 | PYOD LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PYOD LLC<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $783.01 | $0.00 | $783.01 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $26,208.81 | $14,212.10 | $11,996.71 |
| 9 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | WARREN LEVY, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL CHAMBERS JR ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Secured Creditors | $3,342.20 | $343.22 | $2,998.98 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,860.00 | Current Monthly Payment: | $727.00 |
| Paid to Claims: | $17,304.15 | Arrearages: | ($569.00) |
| Paid to Trustee: | $1,550.64 | Total Plan Base: | $37,193.00 |
| Funds on Hand: | $5.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.